**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION S/B/M TO U.S. BANK NATIONAL ASSOCIATION ND | : No. 286 WAL 2020 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| JUDITH L. MCALLISTER AND DEAN F. MCALLISTER | : |
| | : |
| | : |
| PETITION OF: DEAN F. MCALLISTER | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.